# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL PRETRIAL PROCEEDINGS

| UNITED STATES OF AMERICA, | Richard L. Hathaway |
|---|---|
| Plaintiff, | |
| v. | Case No. 18-40059-01-DDC |
| THOMAS S. FRITZEL (01), | Thomas G. Lemon |
| Defendant. | |

| JUDGE: | Daniel D. Crabtree | DATE: | 1/9/2020 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

## PROCEEDINGS

☐ Arraignment & Plea         ☐ Waiver of Indictment         ☐ Felony
☒ Change of Plea              ☐ Appearance                   ☒ Misdemeanor

☐ Interpreter     ☐ Sworn     ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment           ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment            ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:     ☐ Read to Defendant:
          ☒ Indictment
          ☐ Information
          ☒ Number of Counts: 2

☒ Petition to Enter Plea Filed     ☒ Rule 11(c)(1)(C) Plea Agreement attached

  ☒ Previous Plea of
        ☐ Guilty   ☒ Not Guilty     Counts: 1-2 of Indictment

  ☒ Plea of GUILTY as to Counts: 1 of Indictment

  ☐ Plea of NOT GUILTY as to Counts

☒ Judgment Deferred     ☐ PSI Ordered     ☒ Sentencing set for May 4, 2020 at 1:30 p.m.
☒ Continued on Present Bail     ☐ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER:  The court defers approval of the parties' plea agreement until the time of sentencing.